

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2019

No. 04-19-00202-CV

**IN THE INTEREST OF H.E.W.M.**, a child,

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

On April 9, 2019, appellant timely requested findings of fact and conclusions of law in this matter. *See* TEX. R. CIV. P. 296 (stating request for findings of fact and conclusions of law shall be filed within twenty days after judgment is signed). When the trial court did not file the requested findings and conclusions, appellant timely filed a notice of past due findings of fact and conclusions of law on May 7, 2019. *Id*. R. 297 (stating that if court fails to timely file findings of fact and conclusions of law party making request shall within thirty days after original request file notice of past due findings and conclusions). At this time, the trial court has not filed the requested findings and conclusions.

On May 24, 2019, appellant filed a motion arguing he will be harmed and prejudiced in the preparation of his brief without the requested findings and conclusions. Following a proper request and reminder, the trial court's duty to file findings of fact and conclusions of law is mandatory in cases where findings and conclusions are appropriate. *Brown v. McGonagill*, 940 S.W.2d 178, 179 (Tex. App.—San Antonio 1996, no writ). The trial court's failure to file findings of fact and conclusions of law where a request has been made is presumed harmful unless the record affirmatively shows no injury. *Tenery v. Tenery*, 932 S.W.2d 29, 30 (Tex. 1996); *Brown*, 940 S.W.2d at 178-80.

Because appellant will be forced to guess the reason or reasons the trial court made its ruling, specifically with regard to attorney's fees, we **GRANT** appellant's motion and abate the appeal and remand the cause to the trial court. We **ORDER** the trial court to prepare findings of fact and conclusions of law and file them with the trial court clerk **on or before July 1, 2019**. We further **ORDER** the trial court clerk to prepare and file a supplemental clerk's record with this court containing the findings of fact and conclusions of law immediately after they are filed by the trial court with the clerk.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court